# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15-cv-132-FDW

| | |
|---|---|
| DUSTIN EARL JONES,<br>    Plaintiff,<br><br>vs.<br><br>HENDERSON COUNTY<br>DETENTION CENTER, et al.,<br>    Defendants. | **ORDER** |

**UPON THE MOTION** of Defendant Jenny Griffith, pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, (Doc. No. 24), to take Plaintiff's deposition in prison, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendant may take Plaintiff's deposition at Lincoln Correctional Center, or in the prison where he is incarcerated at the time of the deposition if he is no longer incarcerated at Lincoln Correctional Center, in a room to be designated by the administrator of the institution, at a date to be selected by the administrator and Defendant.

**IT IS SO ORDERED.**

_____
Frank D. Whitney
Chief United States District Judge