# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Dustin Earl Jones, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-00132-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Henderson County Detention Center, | ) | |
| et al, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 13, 2017 Order.

February 13, 2017

Frank G. Johns, Clerk
United States District Court